2013 AUG 15  PM 12: 02

**CASE UNSEALED PER ORDER OF COURT**





UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

**13 CR 3046 CAB**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 26, U.S.C., |
| | ) | Sec. 7201 - Tax Evasion |
| WILLIAM RICHARD BAILEY, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

**INTRODUCTORY ALLEGATIONS**

At all times relevant herein:

1.   The federal income tax system of the United States of America relies upon citizens to truthfully, accurately, and timely report income and expense information to the Internal Revenue Service.

2.   Beginning in or about 1989, and continuing through at least the date of this Indictment, defendant WILLIAM RICHARD BAILEY (hereinafter "defendant BAILEY") was a physician who practiced osteopathic medicine and provided medical services to patients of various clinics.

//

JJO:nlv:San Diego
8/15/13

3.    In or about August and September 2004, defendant BAILEY executed documents that were purportedly part of the creation of a "trust" and "unincorporated business trust organization" (hereinafter "UBO") and was used by defendant BAILEY during at least calendar years 2004 through 2011 for the purpose of concealing from the Internal Revenue Service income from defendant BAILEY's practice as a physician.

4.    For at least calendar years 2004 through 2011, defendant BAILEY provided physician services in exchange for compensation under service contracts as an "employee" of the "UBO" with the entities of at least two physicians who operated clinics in San Diego County.  The contracts directed the entities of the physicians to make payments for services provided by defendant BAILEY to the "UBO."

5.    In or about September 2004, defendant BAILEY opened and caused to be opened a bank account in the name of the "UBO," whereby defendant BAILEY had signature authority on the bank account.

6.    On or about April 15, 2005, defendant BAILEY failed to file a U.S. individual income tax return for tax year 2004.

7.    On or about April 15, 2006, defendant BAILEY failed to file a U.S. individual income tax return for tax year 2005.

8.    On or about April 15, 2007, defendant BAILEY failed to file a U.S. individual income tax return for tax year 2006.

9.    On or about October 31, 2007, defendant BAILEY appeared before the U.S. Tax Court in the Southern District of California, and the Court made a finding that BAILEY had taxable income that must be reported to the Internal Revenue Service.

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Count 1

## TAX EVASION

[26 U.S.C. § 7201]

10.   The allegations set forth in paragraphs 1 through 6, and 9 above are realleged as if fully set forth herein.

11.   Beginning on or about January 1, 2004, and continuing up to and including at least on or about September 10, 2008, within the Southern District of California, defendant WILLIAM RICHARD BAILEY (hereinafter "defendant BAILEY"), well-knowing and believing that he had taxable income and a tax due and owing for the calendar year 2004, did willfully attempt to evade and defeat this tax due and owing by him to the United States by committing the following affirmative acts of evasion, among others, the likely effect of each of which would be to mislead and conceal his true and correct income and tax due thereon from proper officers of the United States:

a.   During the calendar year 2004, defendant BAILEY received checks from at least two physicians who operated clinics in San Diego County where defendant BAILEY provided physician services in exchange for compensation.   Defendant BAILEY directed that the checks be made payable to the name of the "UBO."

b.   During the calendar year 2004, defendant BAILEY deposited income from his practice as a physician into a bank account in the name of the "UBO" created for the purpose of tax evasion.

c.   During the calendar year 2004, defendant BAILEY transferred and caused to be transferred funds from the bank account in the name of the "UBO" to pay for defendant BAILEY's personal expenses and benefit.

//

3

1        d.  On or about September 10, 2008, defendant BAILEY

2  prepared and caused to be prepared and signed a false and fraudulent

3  U.S. Individual Income Tax Return, Form 1040EZ, for the calendar year

4  2004, on behalf of himself, which was filed with the Internal Revenue

5  Service, and which contained and was verified by a written declaration

6  that it was made under the penalties of perjury and that defendant

7  BAILEY accurately listed all amounts and sources of income that he

8  received during the calendar year 2004, and wherein it was stated that

9  his taxable income for the calendar year 2004 was the sum $0 and that

10 the amount of the tax due and owing therein was the sum of $0,

11 whereas, as he then and there well knew and believed, his taxable

12 income for the calendar year 2004 was in excess of that heretofore

13 stated amount and that upon said additional taxable income an

14 additional tax was due and owing to the United States.

15 All in violation of Title 26, United States Code, Section 7201.

16 **Count 2**

17 **TAX EVASION**

18 [26 U.S.C. § 7201]

19    12.  The allegations set forth in paragraphs 1 through 5, 7 and 9

20 above are realleged as if fully set forth herein.

21    13.  Beginning on or about January 1, 2005, and continuing up to

22 and including at least on or about September 10, 2008, within the

23 Southern District of California, defendant WILLIAM RICHARD BAILEY

24 (hereinafter "defendant BAILEY"), well-knowing and believing that he

25 had taxable income and a tax due and owing for the calendar year 2005,

26 did willfully attempt to evade and defeat this tax due and owing by

27 him to the United States by committing the following affirmative acts

28 of evasion, among others, the likely effect of each of which would be

1   to mislead and conceal his true and correct income and tax due thereon

2   from proper officers of the United States:

3         a.   During the calendar year 2005, defendant BAILEY

4   received checks from at least two physicians who operated clinics in

5   San Diego County where defendant BAILEY provided physician services

6   in exchange for compensation.   Defendant BAILEY directed that the

7   checks be made payable to the name of the "UBO."

8         b.   During the calendar year 2005, defendant BAILEY

9   deposited income from his practice as a physician into a bank account

10  in the name of the "UBO" created for the purpose of tax evasion.

11        c.   During the calendar year 2005, defendant BAILEY

12  transferred and caused to be transferred funds from the bank account

13  in the name of the "UBO" to pay for defendant BAILEY's personal

14  expenses and benefit.

15        d.   On or about September 10, 2008, defendant BAILEY

16  prepared and caused to be prepared and signed a false and fraudulent

17  U.S. Individual Income Tax Return, Form 1040EZ, for the calendar year

18  2005, on behalf of himself, which was filed with the Internal Revenue

19  Service, and which contained and was verified by a written declaration

20  that it was made under the penalties of perjury and that defendant

21  BAILEY accurately listed all amounts and sources of income that he

22  received during the calendar year 2005, and wherein it was stated that

23  his taxable income for the calendar year 2005 was the sum $0 and that

24  the amount of the tax due and owing therein was the sum of $0,

25  whereas, as he then and there well knew and believed, his taxable

26  //

27  //

28  //

income for the calendar year 2005 was in excess of that heretofore stated amount and that upon said additional taxable income an additional tax was due and owing to the United States.

All in violation of Title 26, United States Code, Section 7201.

### Count 3

### TAX EVASION

[26 U.S.C. § 7201]

14.   The allegations set forth in paragraphs 1 through 5, 8 and 9 above are realleged as if fully set forth herein.

15.   Beginning on or about January 1, 2006, and continuing up to and including at least on or about September 10, 2008, within the Southern District of California, defendant WILLIAM RICHARD BAILEY (hereinafter "defendant BAILEY"), well-knowing and believing that he had taxable income and a tax due and owing for the calendar year 2006, did willfully attempt to evade and defeat this tax due and owing by him to the United States by committing the following affirmative acts of evasion, among others, the likely effect of each of which would be to mislead and conceal his true and correct income and tax due thereon from proper officers of the United States:

a.   During the calendar year 2006, defendant BAILEY received checks from at least two physicians who operated clinics in San Diego County where defendant BAILEY provided physician services in exchange for compensation.   Defendant BAILEY directed that the checks be made payable to the name of the "UBO."

b.   During the calendar year 2006, defendant BAILEY deposited income from his practice as a physician into a bank account in the name of the "UBO" created for the purpose of tax evasion.

//

1    c.    During the calendar year 2006, defendant BAILEY
2  transferred and caused to be transferred funds from the bank account
3  in the name of the "UBO" to pay for defendant BAILEY's personal
4  expenses and benefit.

5    d.    On or about September 10, 2008, defendant BAILEY
6  prepared and caused to be prepared and signed a false and fraudulent
7  U.S. Individual Income Tax Return, Form 1040EZ, for the calendar year
8  2006, on behalf of himself, which was filed with the Internal Revenue
9  Service, and which contained and was verified by a written declaration
10 that it was made under the penalties of perjury and that defendant
11 BAILEY accurately listed all amounts and sources of income that he
12 received during the calendar year 2006, and wherein it was stated that
13 his taxable income for the calendar year 2006 was the sum $0 and that
14 the amount of the tax due and owing therein was the sum of $0,
15 whereas, as he then and there well knew and believed, his taxable
16 income for the calendar year 2006 was in excess of that heretofore
17 stated amount and that upon said additional taxable income an
18 additional tax was due and owing to the United States.
19 All in violation of Title 26, United States Code, Section 7201.

20                              **Count 4**
21                           **TAX EVASION**
22                        [26 U.S.C. § 7201]

23    16.   The allegations set forth in paragraphs 1 through 5, and 9
24 above are realleged as if fully set forth herein.

25    17.   Beginning on or about January 1, 2007, and continuing up to
26 and including at least on or about September 18, 2008, within the
27 Southern District of California, defendant WILLIAM RICHARD BAILEY
28 (hereinafter "defendant BAILEY"), who during calendar year 2007 was

1  married, well-knowing and believing that he and his spouse had taxable
2  income and a tax due and owing for the calendar year 2007, did
3  willfully attempt to evade and defeat this tax due and owing by him
4  and his spouse to the United States by committing the following
5  affirmative acts of evasion, among others, the likely effect of each
6  of which would be to mislead and conceal their true and correct income
7  and tax due thereon from proper officers of the United States:

8        a.   During the calendar year 2007, defendant BAILEY
9  received checks from at least two physicians who operated clinics in
10 San Diego County where defendant BAILEY provided physician services
11 in exchange for compensation.   Defendant BAILEY directed that the
12 checks be made payable to the name of the "UBO."

13       b.   During the calendar year 2007, defendant BAILEY
14 deposited income from his practice as a physician into a bank account
15 in the name of the "UBO" created for the purpose of tax evasion.

16       c.   During the calendar year 2007, defendant BAILEY
17 transferred and caused to be transferred funds from the bank account
18 in the name of the "UBO" to pay for defendant BAILEY's personal
19 expenses and benefit.

20       d.   On or about September 18, 2008, defendant BAILEY
21 prepared and caused to be prepared and signed a false and fraudulent
22 U.S. Individual Income Tax Return, Form 1040EZ, for the calendar year
23 2007, on behalf of himself, which was filed with the Internal Revenue
24 Service, and which contained and was verified by a written declaration
25 that it was made under the penalties of perjury and that defendant
26 BAILEY accurately listed all amounts and sources of income that he
27 received during the calendar year 2007, and wherein it was stated that
28 his taxable income for the calendar year 2007 was the sum $0 and that

1   the amount of the tax due and owing therein was the sum of $0,

2   whereas, as he then and there well knew and believed, his taxable

3   income for the calendar year 2007 was in excess of that heretofore

4   stated amount and that upon said additional taxable income an

5   additional tax was due and owing to the United States.

6   All in violation of Title 26, United States Code, Section 7201.

7                              **Count 5**

8                            **TAX EVASION**

9                         [26 U.S.C. § 7201]

10      18.   The allegations set forth in paragraphs 1 through 5, and 9

11  above are realleged as if fully set forth herein.

12      19.   Beginning on or about January 1, 2008, and continuing up to

13  and including at least on or about April 15, 2009, within the Southern

14  District of California, defendant WILLIAM RICHARD BAILEY (hereinafter

15  "defendant BAILEY"), who during calendar year 2008 was married, well-

16  knowing and believing that he and his spouse had taxable income and

17  a tax due and owing for the calendar year 2008, did willfully attempt

18  to evade and defeat this tax due and owing by him and his spouse to

19  the United States by committing the following affirmative acts of

20  evasion, among others, the likely effect of each of which would be to

21  mislead and conceal their true and correct income and tax due thereon

22  from proper officers of the United States:

23      a.   During the calendar year 2008, defendant BAILEY

24  received checks from at least two physicians who operated clinics in

25  San Diego County where defendant BAILEY provided physician services

26  in exchange for compensation.   Defendant BAILEY directed that the

27  checks be made payable to the name of the "UBO."

28  //

1    b.   During the calendar year 2008, defendant BAILEY
2  deposited income from his practice as a physician into a bank account
3  in the name of the "UBO" created for the purpose of tax evasion.

4    c.   During the calendar year 2008, defendant BAILEY
5  transferred and caused to be transferred funds from the bank account
6  in the name of the "UBO" to pay for defendant BAILEY's personal
7  expenses and benefit.

8    d.   On or about April 15, 2009, defendant BAILEY prepared
9  and caused to be prepared and signed a false and fraudulent U.S.
10  Individual Income Tax Return, Form 1040A, for the calendar year 2008,
11  on behalf of himself, which was filed with the Internal Revenue
12  Service, and which contained and was verified by a written declaration
13  that it was made under the penalties of perjury and that defendant
14  BAILEY accurately listed all amounts and sources of income that he
15  received during the calendar year 2008, and wherein it was stated that
16  his taxable income for the calendar year 2008 was the sum $0 and that
17  the amount of the tax due and owing therein was the sum of $0,
18  whereas, as he then and there well knew and believed, his taxable
19  income for the calendar year 2008 was in excess of that heretofore
20  stated amount and that upon said additional taxable income an
21  additional tax was due and owing to the United States.
22  All in violation of Title 26, United States Code, Section 7201.

23                              **Count 6**

24                             **TAX EVASION**

25                         [26 U.S.C. § 7201]

26    20.  The allegations set forth in paragraphs 1 through 5, and 9
27  above are realleged as if fully set forth herein.
28  //

21.   Beginning on or about January 1, 2009, and continuing up to and including at least on or about April 15, 2010, within the Southern District of California, defendant WILLIAM RICHARD BAILEY (hereinafter "defendant BAILEY"), who during calendar year 2009 was married, well-knowing and believing that he and his spouse had taxable income and a tax due and owing for the calendar year 2009, did willfully attempt to evade and defeat this tax due and owing by him and his spouse to the United States by committing the following affirmative acts of evasion, among others, the likely effect of each of which would be to mislead and conceal their true and correct income and tax due thereon from proper officers of the United States:

a.   During the calendar year 2009, defendant BAILEY received checks from at least one physician who operated a clinic in San Diego County where defendant BAILEY provided physician services in exchange for compensation.   Defendant BAILEY directed that the checks be made payable to the name of the "UBO."

b.   During the calendar year 2009, defendant BAILEY deposited income from his practice as a physician into a bank account in the name of the "UBO" created for the purpose of tax evasion.

c.   During the calendar year 2009, defendant BAILEY transferred and caused to be transferred funds from the bank account in the name of the "UBO" to pay for defendant BAILEY's personal expenses and benefit.

d.   On or about April 15, 2010, defendant BAILEY prepared and caused to be prepared and signed a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for the calendar year 2009, on behalf of himself as married filing separately, which was filed with the Internal Revenue Service, and which contained and was

1   verified by a written declaration that it was made under the penalties
2   of perjury and that defendant BAILEY to the best of his knowledge and
3   belief submitted a return that was true, correct, and complete, and
4   wherein it was stated that his taxable income for the calendar year
5   2009 was the sum $0 and that the amount of the tax due and owing
6   therein was the sum of $0, whereas, as he then and there well knew and
7   believed, his taxable income for the calendar year 2009 was in excess
8   of that heretofore stated amount and that upon said additional taxable
9   income an additional tax was due and owing to the United States.
10  All in violation of Title 26, United States Code, Section 7201.

11                            **Count 7**

12                          **TAX EVASION**

13                        [26 U.S.C. § 7201]

14       22.   The allegations set forth in paragraphs 1 through 5, and 9
15  above are realleged as if fully set forth herein.

16       23.   Beginning on or about January 1, 2010, and continuing up to
17  and including at least on or about October 19, 2011, within the
18  Southern District of California, defendant WILLIAM RICHARD BAILEY
19  (hereinafter "defendant BAILEY"), who during calendar year 2010 was
20  married, well-knowing and believing that he and his spouse had taxable
21  income and a tax due and owing for the calendar year 2010, did
22  willfully attempt to evade and defeat this tax due and owing by him
23  and his spouse to the United States by committing the following
24  affirmative acts of evasion, among others, the likely effect of each
25  of which would be to mislead and conceal their true and correct income
26  and tax due thereon from proper officers of the United States:
27  //
28  //

                                    12

a. During the calendar year 2010, defendant BAILEY received checks from at least one physician who operated a clinic in San Diego County where defendant BAILEY provided physician services in exchange for compensation. Defendant BAILEY directed that the checks be made payable to the name of the "UBO."

b. During the calendar year 2010, defendant BAILEY deposited income from his practice as a physician into a bank account in the name of the "UBO" created for the purpose of tax evasion.

c. During the calendar year 2010, defendant BAILEY transferred and caused to be transferred funds from the bank account in the name of the "UBO" to pay for defendant BAILEY's personal expenses and benefit.

d. On or about October 19, 2011, defendant BAILEY prepared and caused to be prepared and signed a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, for the calendar year 2010, on behalf of himself and his spouse, which was filed with the Internal Revenue Service, and which contained and was verified by a written declaration that it was made under the penalties of perjury and that defendant BAILEY to the best of his knowledge and belief submitted a return that was true, correct, and complete, and wherein it was stated that the joint taxable income for the calendar year 2010 was the sum $0 and that the amount of the tax due and owing therein was the sum of $0, whereas, as he then and there well knew and believed, his joint taxable income for the calendar year 2010 was in excess of that heretofore stated amount and that upon said additional joint taxable income an additional tax was due and owing to the United States. All in violation of Title 26, United States Code, Section 7201.

//

## Count 8

### TAX EVASION

[26 U.S.C. § 7201]

24.   The allegations set forth in paragraphs 1 through 5, and 9 above are realleged as if fully set forth herein.

25.   Beginning on or about January 1, 2011, and continuing up to and including at least on or about October 17, 2012, within the Southern District of California, defendant WILLIAM RICHARD BAILEY (hereinafter "defendant BAILEY"), who during calendar year 2011 was married, well-knowing and believing that he and his spouse had taxable income and a tax due and owing for the calendar year 2011, did willfully attempt to evade and defeat this tax due and owing by him and his spouse to the United States by committing the following affirmative acts of evasion, among others, the likely effect of each of which would be to mislead and conceal their true and correct income and tax due thereon from proper officers of the United States:

a.   During the calendar year 2011, defendant BAILEY received checks from at least one physician who operated a clinic in San Diego County where defendant BAILEY provided physician services in exchange for compensation.  Defendant BAILEY directed that the checks be made payable to the name of the "UBO."

b.   During the calendar year 2011, defendant BAILEY deposited income from his practice as a physician into a bank account in the name of the "UBO" created for the purpose of tax evasion.

c.   During the calendar year 2011, defendant BAILEY transferred and caused to be transferred funds from the bank account in the name of the "UBO" to pay for defendant BAILEY's personal expenses and benefit.

1    d.    On or about October 17, 2012, defendant BAILEY prepared

2  and caused to be prepared and signed a false and fraudulent joint U.S.

3  Individual Income Tax Return, Form 1040, for the calendar year 2011,

4  on behalf of himself and his spouse, which was filed with the Internal

5  Revenue Service, and which contained and was verified by a written

6  declaration that it was made under the penalties of perjury and that

7  defendant BAILEY to the best of his knowledge and belief submitted a

8  return that was true, correct, and complete, and wherein it was stated

9  that the joint taxable income for the calendar year 2011 was the sum

10  $0 and that the amount of the tax due and owing therein was the sum

11  of $0, whereas, as he then and there well knew and believed, his joint

12  taxable income for the calendar year 2011 was in excess of that

13  heretofore stated amount and that upon said additional joint taxable

14  income an additional tax was due and owing to the United States.

15  All in violation of Title 26, United States Code, Section 7201.

16    DATED:  August 15, 2013.

17                                         A TRUE BILL:

18

19

20                                         Foreperson

21  LAURA E. DUFFY
    United States Attorney
22

23  By:

24  JOSEPH J.M. ORABONA
    Assistant U.S. Attorney

25

26

27

28