13 SEP 17 PM 1:06

DEPUTY

NUNC PRO TUNC
SEP 1 0 2013

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, , | Case No.: 13CR3046-CAB |
|---|---|
| Plaintiff, | |
| v. | **SURETY CONSENT TO MODIFICATION OF BOND CONDITIONS** |
| WILLIAM RICHARD BAILEY, | |
| Defendant. | |

We the sureties on the bond for defendant WILLIAM RICHARD BAILEY in the above-entitled case have been advised and consent knowingly and intelligently to expand his travel restrictions from the Southern District of California to the entire State of California.

Date: 09-02-13

_____
NEILA R. SERRAON

Date:_____

_____
CLIFFORD G. BAILEY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, , | Case No.: 13CR3046-CAB |
|---|---|
| Plaintiff, | |
| v. | **SURETY CONSENT TO MODIFICATION OF BOND CONDITIONS** |
| WILLIAM RICHARD BAILEY, | |
| Defendant. | |

We the sureties on the bond for defendant WILLIAM RICHARD BAILEY in the above-entitled case have been advised and consent knowingly and intelligently to expand his travel restrictions from the Southern District of California to the entire State of California.

Date:_____

NEILA R. SERRAON

Date: 8-31-2013

_Clifford G. Bailey_
CLIFFORD G. BAILEY