**DAVID M. MICHAEL, CSB #74031**
**LAW OFFICE OF DAVID M. MICHAEL**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
Facsimile:  (877) 538-6220
e-mail:     david@davidmichaellaw.com

**Attorneys for Defendant**
**WILLIAM RICHARD BAILEY**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13 CR 3046 CAB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| WILLIAM RICHARD BAILEY, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

    PLEASE TAKE NOTICE that DAVID M. MICHAEL, duly admitted to practice before this Court, hereby gives notice of his appearance as lead counsel on behalf of Defendant WILLIAM RICHARD BAILEY in the above entitled matter.

DATED: 4 November 2013

                                                     Respectfully submitted,

                                                     *s/David M. Michael*
                                                     DAVID M. MICHAEL

1

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 4 November 2013, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the CM /ECF registrants on record in this matter.

                               *s/David M. Michael*
                               DAVID M. MICHAEL