David M. Michael (CSB #74031)
Edward M. Burch (CSB # 255470)
**LAW OFFICES OF DAVID MICHAEL**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
Email:  david@davidmichaellaw.com

Lance Rogers (CSB #258088)
**LAW OFFICES OF LANCE ROGERS, APC**
835 5th Ave., Ste. 315
San Diego, CA 92101
Telephone: (619) 333-6882
Facsimile:  (619) 330-0601
Email:  lance@lrogerslaw.com

**Attorneys for Defendant WILLIAM RICHARD BAILEY**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
(Honorable Cathy Ann Bencivengo)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  3:13-cr-3046-CAB |
| | ) | |
| Plaintiff | ) | **NOTICE OF MOTION AND SECOND/SUPPLEMENTAL MOTION TO: 1) COMPEL DISCOVERY and 2) GRANT LEAVE TO FILE FURTHER MOTIONS** |
| v. | ) | |
| | ) | |
| WILLIAM RICHARD BAILEY | ) | |
| | ) | Date:  November 22, 2013 |
| Defendant. | ) | Time: 11:00 a.m. |
| | ) | Courtroom 4C |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that on November 22, 2013 at 11:00 a.m or as soon thereafter as counsel may be heard, the defendant WILLIAM RICHARD BAILEY, by and through his counsel, David M. Michael and Lance Rogers, hereby submits his second/supplemental motion for this Court to compel discovery and to grant leave for defendant to file further motions.

Notice Of Motion And Second/Supplemental Motion To Compel Discovery And For Leave To File Further Motions
CASE NO. 13 CR 3046 CAB

1

I.

## MOTION

The defendant, WILLIAM RICHARD BAILEY, by and through his counsel, David M. Michael and Lance Rogers, pursuant to Federal Rules of Criminal Procedure 12, 14, 16 and 26, the Fifth and Sixth Amendment to the United States Constitution, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

To Compel Production of Discovery;

Grant Leave to File Further Motions;

This motion is based upon the instant notice of motion and motion , the statement of facts and memorandum of points and authorities filed herewith, and any and all other materials or arguments on file or that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated:  November 9, 2013

*s/David M. Michael*
DAVID M. MICHAEL
Attorney for Defendant WILLIAM RICHARD BAILEY

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on 9 November 2013, I electronically filed the foregoing with the Clerk of the Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are, or have applied to be, registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/David M. Michael*
DAVID M. MICHAEL
Attorney for Defendant WILLIAM RICHARD BAILEY

Notice Of Motion And Second/Supplemental Motion To Compel Discovery And For Leave To File Further Motions
CASE NO. 13 CR 3046 CAB

2