David M. Michael (CSB #74031)
Edward M. Burch (CSB # 255470)
LAW OFFICES OF DAVID MICHAEL
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:  (415) 946-8996
Facsimile:   (877) 538-6220
Email:  edward@davidmichaellaw.com

Lance Rogers (CSB #258088)
LAW OFFICES OF LANCE ROGERS, APC
835 5th Ave., Ste. 315
San Diego, CA 92101
Telephone: (619) 333-6882
Facsimile:  (619) 330-0601
Email:  lance@lrogerslaw.com

**Attorneys for Defendant WILLIAM RICHARD BAILEY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Cathy Ann Bencivengo)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  3:13-cr-3046-CAB |
| Plaintiff | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| WILLIAM RICHARD BAILEY | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

   PLEASE TAKE NOTICE that EDWARD M. BURCH, duly admitted to practice before this Court, hereby gives notice of his appearance as counsel on behalf of Defendant WILLIAM RICHARD BAILEY in the above entitled matter.

Respectfully submitted,

Dated: 22 November 2013

*s/Edward M. Burch*
EDWARD M. BURCH

Attorney for Defendant

## CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that, on 22 November 2013, I electronically filed the foregoing with the Clerk of the Court for the Southern District of California by using the CM/ECF system. I certify that all participants in the case are, or have applied to be, registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Edward M. Burch*
EDWARD M. BURCH
Attorney for Defendant
WILLIAM RICHARD BAILEY