**DAVID M. MICHAEL, CSBN 74031**
**EDWARD M. BURCH, CSBN 255470**
**LAW OFFICES OF DAVID M. MICHAEL**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
Facsimile: (877) 538-6220
E-mail: david@davidmichaellaw.com

**SCOTT W. GROSS (MI BAR # P43094)**
P.O. Box 380257
Clinton Twp., MI 48038
586-416-8000
Email: swglaw@sbcglobal.net

**Attorneys for Defendant**
**WILLIAM RICHARD BAILEY**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-3046-CAB |
| Plaintiff, | **DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON FALSE EVIDENCE DELIBERATELY FABRICATED BY THE GOVERNMENT;** |
| v. | |
| WILLIAM RICHARD BAILEY, | |
| Defendant. | Date: September 24, 2015 |
| / | Time: 2:00 PM |
| | Courtroom 4C |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT on the date and time indicated above, or as soon thereafter as set by the Court, Defendant, William Richard Bailey ("Dr. Bailey"), by and through Counsel, will and hereby does move this Court, pursuant to Federal Rule of Criminal Procedure (FRCrP) 12(b)(2), and following an evidentiary hearing, to dismiss the Indictment on the

grounds that it is based upon false evidence deliberately fabricated by Plaintiff, United States of America ("the government")[1] in violation of Dr. Bailey's rights under the United States Constitution.

This motion is, and will be, based on this notice of motion and motion, the memorandum of law filed herewith, the files and records in the case, and on further evidence to be adduced and argument to be made at the time of hearing on said motion.

Dated: 31 July 2015

                                                  s/*David M. Michael*_____
                                                  DAVID M. MICHAEL
                                                  *s/Scott W. Gross*
                                                  SCOTT W. GROSS

                                                  Attorneys for Claimant
                                                  WILLIAM RICHARD BAILEY

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on 31 July 2015, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/*David M.. Michael*_____
                                                  DAVID M. MICHAEL
                                                  Attorney for Claimant Julio Figueroa

---

[1] As used here, the United States of America includes all its agencies, officers, and employees, including the Internal Revenue Service (IRS).