FILED

2015 SEP -1 PM 2:11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  TH  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RICHARD BAILEY,<br><br>Defendant. | Criminal Case No. 13CR3046-CAB<br><br>**ORDER GRANTING UNITED STATES' MOTIONS TO SEAL GOVERNMENT EXHIBITS IN SUPPORT OF THE UNITED STATES' RESPONSE IN OPPOSITION TO MOTION TO DISMISS INDICTMENT** |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the United States' Motion to Seal Government Exhibits 2, 3, 4, and 6 to its Response in Opposition to Defendant's Motion to Dismiss the Indictment (docket no. 95), be granted, and that Government Exhibits 2, 3, 4, and 6 in support of the opposition be filed under seal as these exhibits contains personal identification information within the meaning of General Order No. 514.

DATED: 9/1/15

_____
HONORABLE CATHY A. BENCIVENGO
United States District Judge